## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Clerk's Office | **Sitting Judge if Other than Assigned Judge** | Norgle |
|---|---|---|---|
| **CASE NUMBER** | 20-cv-5083 | **DATE** | 1/27/2021 |
| **CASE TITLE** | Flo-Tech Mechanical Systems, Inc. v. Better Plans, Inc. | | |

**DOCKET ENTRY TEXT**

Default is entered pursuant to FRCP 55(a) as to Better Plans, Inc. for failure to answer or otherwise plead.

00:00

| | Courtroom Deputy Initials: | PH |
|---|---|---|