UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLO-TECH MECHANICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BETTER PLANS, INC. d/b/a BETTERPLANS.NET, <br><br> Defendant. | Case No. 1:20-cv-05083 <br><br> Honorable Charles R. Norgle, Sr. |

## DEFAULT JUDGMENT ORDER

1. Judgment by default is entered in favor of Plaintiff FLO-TECH MECHANICAL SYSTEMS, INC. and against Defendant BETTER PLANS, INC. d/b/a BETTERPLANS.NET as follows:

    a. Statutory Damages      $ 1,500.00

    b. Attorney fees      $ 3,812.50

    c. Costs      $ 585.75

2. Allowing judgement interest to be added per diem.

Dated: 1/28, 2021

Entered: /s/ Charles Norgle